1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  TIMOTHY R. CAHN (State Bar No. 162136)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   E-mail:  gsgilchrist@townsend.com; trcahn@townsend.com
5
   Attorneys for Plaintiff
6  WILLIAMS-SONOMA, INC.

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  WILLIAMS-SONOMA, INC., a California          Case No.  C 05-03240 PJH
    corporation,
12
                        Plaintiff,               **STIPULATION OF DISMISSAL
13                                               WITH PREJUDICE**  ; AND ORDER
                   v.
14
    SOHO CORPORATION, an Illinois company,
15  and CENTURY MOLDED PLASTICS, INC.,
    an Illinois company.
16
                        Defendants.
17

18          Pursuant to a settlement agreement, the parties, as indicated by the signature of their

19  counsel below, have stipulated that plaintiff will and hereby does dismiss this entire action with

20  prejudice pursuant to Federal Rule 41.  Each party is to bear their own costs.  For this reason, the

21  parties propose that the case management conference scheduled for January 19, 2006 should be

22  removed from the Court's calendar.

23

24

25

26

27

28

1   DATED:  January 18, 2006                    TOWNSEND AND TOWNSEND AND CREW LLP

2

3                                               By: /s/ Gregory S. Gilchrist
                                                    Gregory S. Gilchrist
4                                                   Attorneys for Plaintiff
                                                    WILLIAMS-SONOMA, INC.
5

6

7   DATED:  January 18, 2006                    LAW OFFICES OF OLSON & HIERL, LTD.

8                                               By:  /s/ Michael A. Hierl
9                                                    MICHAEL A. HIERL
                                                     Attorneys for Defendants
10                                                   SOHO CORPORATION and
                                                     CENTURY MOLDED PLASTICS, INC.
11

12

13

14                                         IT IS SO ORDERED

15

16                                         Judge Phyllis J. Hamilton

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5]

2

3      I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero

4      Center, Eighth Floor, San Francisco, California, 94111-3834.  On the date set forth below, I served a true and accurate copy of the document(s) entitled:  **STIPULATION OF DISMISSAL WITH**

5      **PREJUDICE** on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

6

Michael A. Hierl, Esq.

7      OLSON & HIERL, LTD.
20 North Wacker Drive, 36th Floor

8      Chicago, Illinois  60606
Telephone:  (312)580-1180

9      Facsimile:  (312)580-1189
Email:  firm@olsonhierl.com

10     ☒      [By First Class Mail]  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein,

11     following ordinary business practice, I served the within document(s) at my place of business, by

12     placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the

13     United States Postal Service that same day in the ordinary course of business.

14     ☐      [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

15

16     ☐      [By Hand]  I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

17     ☒      [By Facsimile Transmission]  I caused said document to be sent by facsimile

18     transmission to the fax number indicated for the party(ies) listed above.

19     ☐      [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above.  The transmitting terminal

20     address is sglott@townsend.com.

21     I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

22

23

24     Dated:  January 18, 2005                    /s/ Carol Petrich
Carol Petrich

25

26     60681666 v1

27

28

NOTICE OF SETTLEMENT                              - 3 -                    Williams-Sonoma, Inc. v. Soho Corporation
Case No. C 05-03240 PJH